THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM H. WALKER, Respondent, *v.* GEORGE McANENY, as President of the Borough of Manhattan, Appellant.

*People ex rel. Walker* v. *Ahearn,* 139 App. Div. 88, affirmed.
(Argued April 25, 1911; decided May 9, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 17, 1910, which modified and affirmed as modified an order of Special Term granting a motion for a peremptory writ of mandamus to compel the re-instatement of the relator in the office of superintendent of public buildings and offices in the borough of Manhattan.

*Archibald R. Watson,* Corporation Counsel (*Clarence Farley* and *Elliot S. Benedict* of counsel), for appellant.

*Herbert C. Smyth, John W. Browne* and *Frederic C. Scofield* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.   Absent: GRAY, J.